UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Concepts America, Inc. ) | |
| an Illinois corporation ) | 14-34232 |
|     alleged debtor ) | |
| ) | Judge Pamela Hollis |
| ) | |
| ) | Involuntary Chapter 7 |

## CONSENT TO ORDER FOR RELIEF

Now comes Concepts America, Inc., an Illinois corporation, the alleged debtor herein, by its attorneys Richard H. Fimoff and R. Kymn Harp and Robbins, Salomon & Patt, Ltd., and for its response to the involuntary bankruptcy petition filed against it herein, states as follows:

1.    Concepts America, Inc. does not dispute the allegations of the involuntary petition filed herein, specifically:

    a.    Concepts America, Inc. does not dispute that petitioners, Lincoln ASB Colorado Center, LLC, Galleria Mall Investors LP, and CJUF III McCaffery Roosevelt Retail, LLC, are eligible to file the involuntary petition against it herein pursuant to 11 U.S.C. 303(b);

    b.    Concepts America, Inc. does not dispute that it is a person against whom an order for relief may be entered under title 11 of the United States Code; and,

    c.    Concepts America, Inc. does not dispute that it is generally not paying its debts as they become due.

1007231

2. Concepts America, Inc. does not challenge the sufficiency of service herein nor the jurisdiction of the bankruptcy court.

3. Concepts America, Inc. consents to the entry of an Order for Relief herein under Chapter 7 of Title 11, United States Code.

          Concepts America, Inc.
          an Illinois corporation

          _____
          Richard H. Fimoff, Attorney for Concepts America, Inc.

**APPROVED:**

**CONCEPTS AMERICA, INC.**
an Illinois corporation

BY: _____
     Authorized officer

Richard H. Fimoff (804886)
R. Kymn Harp
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601
312-782-9000
rfimoff@rsplaw.com
rkh@rsplaw.com

1007231