FORM B6A (Official Form 6A) (12/07)

In re  _Concepts America, Inc._____,  Case No. _14-34232_____
                    Debtor(s)                                                                                           (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |

No continuation sheets attached            **TOTAL $**     0.00
(Report also on Summary of Schedules.)

In re _Concepts America, Inc._____,    Case No. _14-34232_____
                     Debtor(s)           (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Liability Insurance Policy_<br>_Nova Casualty Company_<br>_Policy No ICC-CL-0010126-4_<br>_Location: In debtor's possession_ | | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In re **Concepts America, Inc.**, Debtor(s)   Case No. **14-34232** (if known)

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% membership interest in Concepts Restaurant Holding, LLC, an Illinois limited liabiliity company  Location: In debtor's possession | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In re **Concepts America, Inc.**  
        Debtor(s)

Case No. **14-34232**  
(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property<br>Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

Page  3  of  3

Total → $0.00

(Report total also on Summary of Schedules.)  
Include amounts from any continuation sheets attached.

In re *Concepts America, Inc.*  
            Debtor(s)

Case No. *14-34232*  
(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. § 522(b) (2)  
☒ 11 U.S.C. § 522(b) (3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |

Page No. *1* of *1*

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re **Concepts America, Inc.**
　　　　　**Debtor(s)**

Case No. **14-34232**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page) **$ 0.00** | **$ 0.00**
Total $ (Use only on last page) **$ 0.00** | **$ 0.00**
(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/13)

In re **Concepts America, Inc.**                                   Case No. **14-34232**
                    Debtor(s)                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re Concepts America, Inc. , Case No. 14-34232
Debtor(s) (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> American Fund US Investment LP <br> P. O. Box 10064 <br> Uniondale NY 11555 | X | Guaranty | | | | $ 918,314.93 |
| Account No: <br> Representing: <br> American Fund US Investment LP | | Vinson & Elkins LLP <br> 2001 Ross Avenue <br> Suite 3700 <br> Dallas TX 75201 | | | | |
| Account No: <br> Creditor # : 2 <br> BRE Throne Shops <br> c/o Regency Realty Group Inc. <br> One Independent Dr., Ste. 114 <br> Jacksonville FL 32202 | X | Guaranty | | | | $ 979,892.21 |
| 5 continuation sheets attached | | | | | Subtotal $ | $ 1,898,207.14 |
| | | | | | Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | |

B6F (Official Form 6F) (12/07) - Cont.

In re **Concepts America, Inc.**
            Debtor(s)

Case No. **14-34232**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Representing: BRE Throne Shops | | Buck Keenan LLP 700 Louisiana Suite 5100 Houston TX 77002 | | | | |
| Account No: Creditor # : 3 Chris Bhatti | X | Guaranty | | | | $ 0.00 |
| Account No: Representing: Chris Bhatti | | Vincent and Ditty Bhatti 14785 Preston Road Suite 550 Dallas TX 75254 | | | | |
| Account No: Creditor # : 4 CJUF III McCaffery Roosevelt c/o McCaffrey Interests, Inc. 875 N. Michigan, Suite 1800 Chicago IL 60611 | X | Guaranty | | | | $ 448,621.18 |
| Account No: Representing: CJUF III McCaffery Roosevelt | | Freeborn & Peters 311 S. Wacker Drive Chicago IL 60606 | | | | |

Sheet No. **1** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 448,621.18**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re Concepts America, Inc.
                Debtor(s)

Case No. 14-34232
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 Eden at Landcaster, LLC 1355 Beverly Road Suite 240 McLean VA 22101 | X | Guaranty | | | | $ 1,713,538.59 |
| Account No: Representing: Eden at Landcaster, LLC | | Roger J. Sullivan 1 Vale Road Suite 200 Bel Air MD 21014 | | | | |
| Account No: Creditor # : 6 Galleria Mall Investors LP 2515 McKinney Ave Suite 800 Dallas TX 75201 | X | Guaranty | | | | $ 925,341.87 |
| Account No: Representing: Galleria Mall Investors LP | | Querry Harrow 175 West Jackson Chicago IL 60604 | | | | |
| Account No: Creditor # : 7 Jason Philander | X | | | | | Unknown |

Sheet No. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 2,638,880.46

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Concepts America, Inc._                                                    Case No. _14-34232_
                         Debtor(s)                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Representing:<br>Jason Philander | | | Ashleigh Shelver<br>9700 Dr. Martin Luther King Jr<br>Suite 400<br>Saint Petersburg FL 33702 | | | | |
| Account No:<br>Creditor # : 8<br>Joseph Fors | X | | | | | X | Unknown |
| Account No:<br>Representing:<br>Joseph Fors | | | James X. Bormes<br>8 South Michigan Avenue<br>Suite 2600<br>Chicago IL 60603 | | | | |
| Account No:<br>Creditor # : 9<br>Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL 60035 | X | | | | | | $ 84,501.43 |
| Account No:<br>Representing:<br>Klein, Dub and Holleb, Ltd. | | | Angelini & Angelini<br>650 N. Dearborn<br>Suite 700<br>Chicago IL 60654 | | | | |

Sheet No. __3__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 84,501.43

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Concepts America, Inc.**,   Case No. **14-34232**
     Debtor(s)                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 10 Lincoln Asb Colorado Center, LLC 2000 S. Colorado Blvd. Annex Suite 460 Denver CO 80222 | X | Guaranty | | | | $ 626,588.66 |
| Account No: Representing: Lincoln Asb Colorado Center, LLC | | Goldstein & McClintock 208 S. LaSalle Chicago IL 60604 | | | | |
| Account No: Creditor # : 11 Lower Oak Lawn Investment LP c/o PM Realty Group 1000 Main St., Suite 2400 Houston TX 77002 | X | Guaranty | | | | $ 254,035.22 |
| Account No: Representing: Lower Oak Lawn Investment LP | | Hunton & Williams LLP 1445 Ross Ave. Suite 3700 Dallas TX 75202 | | | | |
| Account No: Creditor # : 12 ROF Calhoun Square, LLC c\o Halpern Law Firm 10 South Fifth Street, Suite 4 Minneapolis MN 66402 | X | Guaranty | | | | $ 5,337,694.14 |

Sheet No. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 6,218,318.02

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Concepts America, Inc.**
Debtor(s)

Case No. **14-34232**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Representing: ROF Calhoun Square, LLC | | Dorsey & Whitney, LLP 50 S. 6th Street Suite 1500 Minneapolis MN 55402 | | | | |
| Account No: Representing: ROF Calhoun Square, LLC | | Halpren Law Firm 10 South Fifth Street Suite 4 Minneapolis MN 66402 | | | | |
| Account No: Creditor # : 13 Roger Greenfield 1840 Pickwick Lane Glenview IL 60026 | | various loan to corp. | | | | $ 658,000.00 |
| Account No: Creditor # : 14 Ted Kasimer 1840 Pickwick Lane Glenview IL 60026 | | various Loan to company | | | | $ 658,000.00 |
| Account No: | | | | | | |

Sheet No. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 1,316,000.00**

Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related **$ 12,604,528.23**

B6G (Official Form 6G) (12/07)

In re _Concepts America, Inc._____ / Debtor     Case No. _14-34232_
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Nova Casulty Company_<br>_726 Exchange Street_<br>_Suite 1020_<br>_Buffalo NY   14210_ | Contract Type: _Insurance policy_<br>Terms:<br>Beginning date: _6/25/2014_<br>Debtor's Interest: _Insured_<br>Description: _Liability insurance policy_<br>Buyout Option: _None_ |

Page __1__ of __1__

B6H (Official Form 6H) (12/07)

In re _Concepts America, Inc._____ / Debtor      Case No. _14-34232_
                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| 33 Restaurant, Inc.<br>1840 Pickwick Lane<br>Glenview IL  60026 | Joseph Fors |
| 701 America, Inc.<br>1840 Pickwick Lane<br>Glenview IL  60026 | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |
| Chica Loca LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | CJUF III McCaffery Roosevelt<br>c/o McCaffrey Interests, Inc.<br>875 N. Michigan, Suite 1800<br>Chicago IL  60611 |
| Hi Line Restaurant, LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | Lower Oak Lawn Investment LP<br>c/o PM Realty Group<br>1000 Main St., Suite 2400<br>Houston TX  77002 |
| Highland Tavern Dallas, LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | BRE Throne Shops<br>c/o Regency Realty Group Inc.<br>One Independent Dr., Ste. 114<br>Jacksonville FL  32202 |
| Long Bar LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | Lincoln Asb Colorado Center, LLC<br>2000 S. Colorado Blvd.<br>Annex Suite 460<br>Denver CO  80222 |
| Michael Browning<br>1840 Pickwick Lane<br>Glenview IL  60026 | Chris Bhatti |
| Midtown Kitchen Bar, Inc.<br>1840 Pickwick Lane<br>Glenview IL  60026 | Joseph Fors |

Page _1_ of _3_

B6H (Official Form 6H) (12/07)

In re Concepts America, Inc. _____ / Debtor    Case No. 14-34232
                                                          (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Prime Bar Greenway, LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | Chris Bhatti |
| Prime Bar Minneapolis LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | ROF Calhoun Square, LLC<br>c\o Halpern Law Firm<br>10 South Fifth Street, Suite 4<br>Minneapolis MN  66402 |
| RDG Chicago Trademark Co.<br>1840 Pickwick Lane<br>Glenview IL  60026 | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |
| RDG Chicago, Inc.<br>1840 Pickwick Lane<br>Glenview IL  60026 | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |
| Restaurants-America Consulting<br>1840 Pickwick Lane<br>Glenview IL  60026 | Jason Philander |
| | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |
| Restaurants-America Trademark<br>1840 Pickwick Lane<br>Glenview IL  60026 | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |
| Roger Greenfield<br>1840 Pickwick Lane<br>Glenview IL  60026 | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |
| | Lower Oak Lawn Investment LP<br>c/o PM Realty Group<br>1000 Main St., Suite 2400<br>Houston TX  77002 |
| Ted Kasemir<br>1840 Pickwick Lane<br>Glenview IL  60026 | Klein, Dub and Holleb, Ltd.<br>660 LaSalle Place<br>Suite 100<br>Highland Park IL  60035 |

Page  2  of  3

B6H (Official Form 6H) (12/07)

In re *Concepts America, Inc.* / Debtor    Case No. *14-34232*
(if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | Lower Oak Lawn Investment LP<br>c/o PM Realty Group<br>1000 Main St., Suite 2400<br>Houston TX  77002 |
| Townhouse Baltimore LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | Eden at Landcaster, LLC<br>1355 Beverly Road<br>Suite 240<br>McLean VA  22101 |
| Townhouse DG LLC<br>1840 Pickwick Lane<br>Glenview IL  60026 | Galleria Mall Investors LP<br>2515 McKinney Ave<br>Suite 800<br>Dallas TX  75201 |
| Wild Cat Mockingbird<br>1840 Pickwick Lane<br>Glenview IL  60026 | American Fund US Investment LP<br>P. O. Box 10064<br>Uniondale NY  11555 |

Page *3* of *3*