UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CONCEPTS AMERICA, INC., an         )
     Illinois corporation                              )
                                                                )
                                                                )    Case No. 14-34232
     Debtor(s)                                        )
                                                                )    Chapter 7

## NOTICE OF FILING

To:  See Attached Service List

     PLEASE TAKE NOTICE that on December 3, 2014, the undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Debtor's Summary of Schedules, and Schedules A, B, C, D, E, F, G, & H, copies of which are attached hereto and served upon you.

                          CONCEPTS AMERICA, INC.

                          By: /s/ Richard H. Fimoff
                          Richard H. Fimoff (ARDC #804886)
                          Robbins, Salomon & Patt, Ltd.
                          180 North LaSalle Street – Suite 3300
                          Chicago, Illinois 60601
                          Telephone: (312) 782-9000
                          Facsimile:  (312) 782-6690
                          E-mail:  rfimoff@rsplaw.com

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certify that on December 3, 2014, I electronically filed the foregoing with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to all CM/ECF participants registered to receive electronic notices in the above captioned case on this 3rd day of December, 2014.  I further certify that I caused to be served, via U.S. Mail, a true and correct copy of the foregoing pleadings to the parties set forth on the attached service list.

Dated:  December 3, 2014

                          By: /s/ Richard H. Fimoff

Case 14-34232    Doc 16    Filed 12/03/14    Entered 12/03/14 16:24:58    Desc Main
Document    Page 2 of 2