UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CONCEPTS AMERICA, INC., an         )
     Illinois corporation                               )
                                                                   )
                                                                   ) Case No. 14-34232
     Debtor(s)                                              )
                                                                   ) Chapter 7

## NOTICE OF FILING

To:    See Attached Service List

    PLEASE TAKE NOTICE that on December 3, 2014, the undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Statement of Financial Affairs, a copy of which are attached hereto and served upon you.

                        CONCEPTS AMERICA, INC.

                        By: /s/ Richard H. Fimoff
                        Richard H. Fimoff (ARDC #804886)
                        Robbins, Salomon & Patt, Ltd.
                        180 North LaSalle Street – Suite 3300
                        Chicago, Illinois 60601
                        Telephone: (312) 782-9000
                        Facsimile:  (312) 782-6690
                        E-mail:  rfimoff@rsplaw.com

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certify that on December 3, 2014, I electronically filed the foregoing with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to all CM/ECF participants registered to receive electronic notices in the above captioned case on this 3rd day of December, 2014.  I further certify that I caused to be served, via U.S. Mail, a true and correct copy of the foregoing pleading to the parties set forth on the attached service list.

Dated:  December 3, 2014

                        By: /s/ Richard H. Fimoff

List of Creditors

33 Restaurant, Inc., 1840 Pickwick Lane Glenview, IL 60026

701 America, Inc., 1840 Pickwick Lane Glenview, IL 60026

American Fund US Investment LP , P.0. Box 10064, Uniondale, NY 11555

Angelini & Angelini 650 N. Dearborn, Suite 700, Chicago, IL 60654

Ashleigh Shelver, 9700 Dr. Martin Luther King Jr, Suite 400, Saint Petersburg, FL 33702

BRE Throne Shops, c/o Regency Realty Group Inc. One Independent Dr., Ste. 114 Jacksonville, FL 32202

Buck Keenan LLP, 700 Louisiana, Suite 5100, Houston, TX 77002

Chica Loca LLC, 1840 Pickwick Lane Glenview, IL 60026

Chris Bhatti

CJUF III McCaffery Roosevelt c/o McCaffrey Interests, Inc., 875 N. Michigan, Suite 1800 Chicago, IL 60611

Dorsey & Whitney, LLP, 50 S. 6th Street, Suite 1500, Minneapolis, MN 55402

Eden at Landcaster, LLC, 1355 Beverly Road Suite 240, McLean, VA 22101

Freeborn & Peters, 311 S. Wacker Drive Chicago, IL 60606

Galleria Mall Investors LP, 2515 McKinneyAve Suite 800, Dallas, TX 75201

Goldstein & McClintock 208 S. LaSalle, Chicago, IL 60604

Halpren Law Firm, 10 South Fifth Street Suite 4, Minneapolis, MN 66402

Hi Line Restaurant, LLC, 1840 Pickwick Lane Glenview, IL 60026

Highland Tavern Dallas, LLC, 1840 Pickwick Lane Glenview, IL 60026

Hunton & Williams LLP, 1445 Ross Ave., Suite 3700, Dallas, TX 75202

James X. Bormes, 8 South Michigan Avenue Suite 2600, Chicago, IL 60603

Jason Philander

Joseph Fors

Klein, Dub and Holleb, Ltd. 660 LaSalle Place, Suite 100, Highland Park, IL 60035

List of Creditors

Lincoln Asb Colorado Center, LLC, 2000 S. Colorado Blvd., Annex Suite 460, Denver, CO 80222

Long Bar LLC, 1840 Pickwick Lane Glenview, IL 60026

Lower Oak Lawn Investment LP c/o PM Realty Group 1000 Main St., Suite 2400 Houston, TX 77002

Michael Browning, 1840 Pickwick Lane Glenview, IL 60026

Midtown Kitchen Bar, Inc. 1840 Pickwick Lane Glenview, IL 60026

Nova Casulty Company, 726 Exchange Street Suite 1020, Buffalo, NY 14210

Prime Bar Greenway, LLC, 1840 Pickwick Lane Glenview, IL 60026

Prime Bar Minneapolis LLC, 1840 Pickwick Lane Glenview, IL 60026

Querry Harrow, 175 West Jackson Chicago, IL 60604

RDG Chicago Trademark Co., 1840 Pickwick Lane Glenview, IL 60026

RDG Chicago, Inc. 1840 Pickwick Lane Glenview, IL 60026

Restaurants-America Consulting 1840 Pickwick Lane Glenview, IL 60026

Restaurants-America Trademark 1840 Pickwick Lane Glenview, IL 60026

ROF Calhoun Square, LLC c/o Halpern Law Firm,10 South Fifth Street, Suite 4 Minneapolis, MN 66402

Roger Greenfield, 1840 Pickwick Lane Glenview, IL 60026

Roger J. Sullivan, 1 Vale Road, Suite 200, Bel Air, MD 21014

Ted Kasemir, 1840 Pickwick Lane Glenview, IL 60026

Ted Kasimer, 1840 Pickwick Lane Glenview, IL 60026

Townhouse Baltimore LLC, 1840 Pickwick Lane Glenview, IL 60026