## Amended List of Creditors

33 Restaurant, Inc., 1840 Pickwick Lane Glenview, IL 60026

701 America, Inc., 1840 Pickwick Lane Glenview, IL 60026

American Fund US Investment LP , P.0. Box 10064, Uniondale, NY 11555

Angelini & Angelini 650 N. Dearborn, Suite 700, Chicago, IL 60654

Ashleigh Shelver, 9700 Dr. Martin Luther King Jr, Suite 400, Saint Petersburg, FL 33702

BRE Throne Shops, c/o Regency Realty Group Inc. One Independent Dr., Ste. 114 Jacksonville, FL 32202

Buck Keenan LLP, 700 Louisiana, Suite 5100, Houston, TX 77002

Chica Loca LLC, 1840 Pickwick Lane, Glenview, IL 60026

Chris Bhatti

CJUF III McCaffery Roosevelt c/o McCaffrey Interests, Inc., 875 N. Michigan, Suite 1800 Chicago, IL 60611

Dorsey & Whitney, LLP, 50 S. 6th Street, Suite 1500, Minneapolis, MN 55402

Eden at Landcaster, LLC, 1355 Beverly Road Suite 240, McLean, VA 22101

Freeborn & Peters, 311 S. Wacker Drive Chicago, IL 60606

Galleria Mall Investors LP, 2515 McKinneyAve Suite 800, Dallas, TX 75201

Goldstein & McClintock 208 S. LaSalle, Chicago, IL 60604

Halpren Law Firm, 10 South Fifth Street Suite 4, Minneapolis, MN 66402

Hi Line Restaurant, LLC, 1840 Pickwick Lane Glenview, IL 60026

Highland Tavern Dallas, LLC, 1840 Pickwick Lane Glenview, IL 60026

Hunton & Williams LLP, 1445 Ross Ave., Suite 3700, Dallas, TX 75202

James X. Bormes, 8 South Michigan Avenue Suite 2600, Chicago, IL 60603

Jason Philander

Joseph Fors

Klein, Dub and Holleb, Ltd. 660 LaSalle Place, Suite 100, Highland Park, IL 60035

Lincoln Asb Colorado Center, LLC,  2000 S. Colorado Blvd., Annex Suite 460, Denver, CO 80222

Long Bar LLC, 1840 Pickwick Lane Glenview, IL 60026

Lower Oak Lawn Investment LP c/o PM Realty Group 1000 Main St., Suite 2400 Houston, TX 77002

Michael Browning, 1840 Pickwick Lane Glenview, IL 60026

Midtown Kitchen Bar, Inc. 1840 Pickwick Lane Glenview, IL 60026

Nova Casulty Company,  726 Exchange Street Suite 1020, Buffalo, NY 14210

Prime Bar Greenway, LLC,  1840 Pickwick Lane Glenview, IL 60026

Prime Bar Minneapolis LLC, 1840 Pickwick Lane Glenview, IL 60026

Querry Harrow, 175 West Jackson Chicago, IL 60604

RDG Chicago Trademark Co., 1840 Pickwick Lane Glenview, IL 60026

RDG Chicago, Inc. 1840 Pickwick Lane Glenview, IL 60026

Restaurants-America Consulting 1840 Pickwick Lane Glenview, IL 60026

Restaurants-America Trademark 1840 Pickwick Lane Glenview, IL 60026

ROF Calhoun Square, LLC c/o Halpern Law Firm,10 South Fifth Street, Suite 4 Minneapolis, MN 66402

Roger Greenfield, 1840 Pickwick Lane Glenview, IL 60026

Roger J. Sullivan, 1 Vale Road, Suite 200, Bel Air, MD 21014

Ted Kasemir, 1840 Pickwick Lane Glenview, IL 60026

Townhouse Baltimore LLC, 1840 Pickwick Lane Glenview, IL 60026

Townhouse DG LLC, 1840 Pickwick Lane, Glenview, IL 60026

Vincent and Ditty Bhatti, 14785 Preston Road, Suite 550, Dallas, TX 75254

Vinson & Elkins LLP, 2001 Ross Avenue, Suite 3700, Dallas, TX 75201

Wild Cat Mockingbird, 1840 Pickwick Lane, Glenview, IL 60026