UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| In Re:  **CONCEPTS AMERICA, INC.,** | ) | Chapter 7 |
|  | ) | Case No. **14-34232** |
|  | ) |  |
|  | ) |  |
|  | ) | Hon. Pamela S. Hollis |
| Debtor(s). | ) |  |

## NOTICE OF FILING

Please Take Notice that on January 20, 2015, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the **REPORT OF UNDISPUTED ELECTION**, a copy of which is herewith served upon you.

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: January 20, 2015              BY:  /s/ Kathryn Gleason, Attorney
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois   60604
312-886-3327

## CERTIFICATE OF SERVICE

I, Kathryn Gleason, an attorney, state that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above-referenced **NOTICE OF FILING** and the **REPORT OF UNDISPUTED ELECTION** on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the appended services list, I caused a copy to be sent via the manner indicated to the address(es) indicated before the hour of 5:00 PM on   January 20, 2015.

 /s/         Kathryn Gleason

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Richard H. Fimoff, rfimoff@rsplaw.com
Douglas C. Giese, dgiese@querrey.com
Lartease Tiffith, larteaset@goldmclaw.com

**Registrants Served Through Electronic Mail**

Brian Audette, baudette@perkinscoie.com
Thomas R. Fawkes, tfawkes@freeborn.com

**Parties Served via First Class Mail:**

Concepts America, Inc.
1840 Pickwick Avenue
Glenview, IL 60026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In Re:  **CONCEPTS AMERICA, INC.,** | ) | Chapter 7 |
| | ) | Case No. **14-34232** |
| | ) | |
| | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor(s). | ) | |

### REPORT OF UNDISPUTED ELECTION

Now comes Patrick S. Layng, the United States Trustee for the Northern District of

Illinois, by his attorney, Kathryn Gleason, and states to the Court as follows:

1.      On January 16, 2015, the undersigned presided at the meeting of creditors held in

the above captioned case.

2.      At the meeting, an election was requested and conducted.

3.      Pursuant to the election, Brian Audette was elected trustee.

4.      The election was undisputed.

5.      Brian Audette's mailing address is Perkins Coie LLP, 131 South Dearborn Street, Suite
1700, Chicago, IL 60603.  His telephone number is 312-324-9400. His e-mail address is
baudette@perkinscoie.com

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE


Dated: January 20, 2015          BY:  /s/ Kathryn Gleason
                                 Kathryn Gleason, Attorney
                                 OFFICE OF THE U.S. TRUSTEE
                                 219 S. Dearborn Street, Room 873
                                 Chicago, Illinois   60604
                                 312-886-3327