01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Concepts America, Inc.

Debtor (s)

Case No. 14-34232

Chapter 7

# DECLARATION REGARDING ELECTRONIC FILING
# FOR DOCUMENTS FILED AFTER PETITION

Re:   Amended Schedule F
      (Specify Document)

I ~~(We)~~, Ted Kasemir            and _____ the undersigned individual(~~s~~),

hereby declare under penalty of perjury that I~~(we)~~ have reviewed the Amended Schedule F

being filed simultaneously with this Declaration and that the information therein is true and correct.

Ted Kasemir, Vice Pres. Concepts America, Inc.
Printed or Typed Name of Debtor or Other Person        Printed or Typed Name of Joint Debtor

*[signature]*
Signature of Debtor or Other Person                    Signature of Joint Debtor

3/15/15
Date                                                   Date