B6 Declaration (Official Form 6 - Declaration) (12/13)

In re *Concepts America, Inc., an Illinois Corporation*          Case No. *14-34232*
               Debtor                                                           (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended 3/12/2015
### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Ted Kasemir*, *Vice President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___7___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *3/12/2015*

Signature */s/ Ted Kasemir*
Name: *Ted Kasemir*
Title: *Vice President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                                         Social security No.:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                  Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.