UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-34232 |
| CONCEPTS AMERICA, INC., | ) | |
| | ) | Chapter: 7 |
| Debtor | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ROUTINE MOTION FOR RULE 2004 EXAMINATION
## OF DEBTOR CONCEPTS AMERICA, INC.

This cause coming to be heard upon the Routine Motion of Creditor GALLERIA MALL INVESTORS to conduct an examination, pursuant to Federal Rule of Bankruptcy Procedure 2004, of the Debtor CONCEPTS AMERICA, INC.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and ELOUISA FARRALES is authorized, but not directed or required, to conduct the examination of Debtor CONCEPTS AMERICA, INC.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 26, 2015

**Prepared by:**

Douglas C. Giese – ARDC #6242975
QUERREY & HARROW, LTD.
175 W. Jackson, Suite 1600
Chicago, IL 60604
312/540-7552