UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 14-34232 |
| CONCEPTS AMERICA, INC., ) | | |
| ) | Chapter: | 7 |
| Debtor ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER CORRECTING AND AMENDING
## MAY 26, 2015 ORDER GRANTING REQUEST FOR
## RULE 2004 EXAMINATION OF DEBTOR CONCEPTS AMERICA, INC.

This cause coming to be heard upon the Routine Motion of Creditor GALLERIA MALL INVESTORS to Correct and Amend this Court's May 26, 2015 Order Granting Creditor's Request for Rule 2004 Examination of both the Designee of Debtor Concepts America, Inc. pursuant to Fed. R. Civ. P. 30(b)(6), and of Roger Greenfield, individually, and as President of Debtor.

IT IS HEREBY ORDERED that Creditor's Motion is GRANTED, and the May 26, 2015 Order is corrected and amended nunc pro tunc to May 26, 2015, to reflect that Creditor GALLERIA MALL INVESTORS is authorized, but not directed or required, to conduct the examination of both the Designee of the Debtor CONCEPTS AMERICA, INC. pursuant to Fed. R. Civ. P. 30(b)(6), and of Roger Greenfield, individually, and as President of Debtor CONCEPTS AMERICA, INC. .

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 02, 2015

**Prepared by:**

Douglas C. Giese – ARDC #6242975
QUERREY & HARROW, LTD.
175 W. Jackson, Suite 1600
Chicago, IL 60604
312/540-7552