UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-34232 |
| CONCEPTS AMERICA, INC. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING JOINT MOTION FOR RULE 2004 DISCOVERY

      This cause coming before the Court on the Routine Joint Motion for Rule 2004 Discovery (the "Motion") filed by the Trustee and Galleria; capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Motion; the Court having reviewed the Motion, the Court finding that notice was appropriate under the circumstances and that no other or further notice need be given, and the Court being fully advised in the premises, and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

  1. The Motion is granted.

  2. The Trustee is hereby authorized to issue one or more subpoenas to each of the Recipient Parties for the purpose of discovering matters relating to the acts, conduct, or property, or to the liabilities and financial condition of the Debtor, and/or to any matter that may affect the administration of Debtor's bankruptcy estate, and directing Recipient Parties to, as applicable:

  (a) appear (if the Recipient Party is an individual) or cause a representative who consents to testify on the Recipient Party's behalf and who is most able to answer questions regarding the matters listed on Exhibit "A" to the Motion to appear (if the Recipient Party is an entity) for examination at the date and time indicated on the subpoena, which date and time shall be within no less than fifteen (15) days following the receipt of any subpoena issued pursuant to this order at the office of Daniel Curth, Goldstein & McClintock LLLP, 208 S. LaSalle Street, Suite 1750, Chicago, Illinois 60604 (or at such other time and place to which the parties agree), with any such examination continuing from day-to-day until completed; and/or

  (b) produce, within twenty (20) days following the receipt of any subpoena issued pursuant to this order at the office of Daniel Curth, Goldstein & McClintock LLLP, 208 S. LaSalle Street, Suite 1750, Chicago, Illinois 60604, to Movants the items, documents and tangible things described in Exhibit "B" to the Motion for inspection and copying.

  3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

  4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: September 03, 2015

**Prepared by:**

Matthew E. McClintock, Esq.
Daniel Curth, Esq.
Sean P. Williams, Esq.
GOLDSTEIN & MCCLINTOCK LLLP
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone: (312) 337-7700
Facsimile: (312) 277-2305
e-mail: mattm@restructuringshop.com